JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br> v.<br><br>MTA TRANSPORT, LLC, an Ohio limited liability company; MUSTAFA OSMAN, an individual,<br><br>　　　　　Defendants. | Case No.: 8:24-cv-00877-JLS-MAR<br><br>**JUDGMENT** |

In light of the Court's Order granting Plaintiff Ameris Bank d/b/a Balboa Capital Corporation ("Balboa")'s motion for default judgment (Doc. 17), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants MTA Transport, LLC, an Ohio limited liability company ("MTA"), and Mustafa Osman, an individual ("Osman") (collectively "Defendants"), in the total amount of **$213,420.78**; which represents:

   a. Compensatory damages in the amount owed of $213,420.78;
   
   b. Attorneys' fees in the amount of $7,868.41; and
   
   c. Prejudgment interest in the amount of $12,687.99 at the statutory rate of ten percent (10%) per annum, from March 20, 2024 (the date of breach), to October 23, 2024 (the date of the Court's Order granting default judgment).

Dated: March 10, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE