UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MTA TRANSPORT, LLC, an Ohio limited liability company; MUSTAFA OSMAN, an individual,<br><br>Defendants. | Case No. 8:24-cv-00877-JLS-MARx<br><br>**AMENDED JUDGMENT** |

On March 10, 2025, the Court entered judgment in favor of Plaintiff Ameris Bank d/b/a Balboa Capital Corporation and against Defendants MTA Transport, LLC ("MTA"), and Mustafa Osman (collectively "Defendants"). (Judgment, Doc. 20.) On April 23, 2025, the Clerk granted Plaintiff's' Application to Tax Costs in the amount of $603.00 in favor of Plaintiff and against Defendants. (Bill of Costs, Doc. 21.) Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff, and against Defendants, jointly and severally, in the amount of $213,420.78 in compensatory damages owed, plus $12,687.99 in prejudgment interest, and $7,868.41 in attorneys' fees, for a total amount of **$233,977.18**;

2. Pursuant to the Clerk's granting of Plaintiff's Application to Tax Costs (Doc. 21), Plaintiff is entitled to costs in the amount of $603.00;

3. Based on the foregoing, the judgment in this matter shall be amended *nunc pro tunc*, in favor of Plaintiff, and against Defendants, jointly and severally, in the total amount of **$234,580.18**.

DATED: May 2, 2025       _____
　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE